**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:**  Paul David Howard | **CHAPTER**   7 |
| | **CASE NO.**  19-10783-JDW |

**MOTION TO REINSTATE CASE**

**COMES NOW** the Debtor, by and through counsel, and files this Motion to Reinstate Case and would show as follows:

1. Debtor filed case no. 19-10783 on February 25, 2019.
2. Debtor's schedules, and Form 122A-1, the creditor matrix was filed March 26, 2019.  Also, the creditors were uploaded to the court data base.  The Meeting of Creditors was set for May 2, 2019.
3. Counsel's paralegal did not note the 45-day deadline for documents to the trustee on her calendar and did not get documents to the trustee in time and the Trustee filed a Notice of Non-Compliance of Pay Advices.  This debtor does not have pay advices; but an affidavit will be sent to the Trustee in lieu of pay advices.  Debtor is required to file a tax return and this will be sent to the Trustee as well.

**WHEREFORE PREMISES CONSIDERED** Debtor prays for an Order Reinstating Case.

**RESPECTFULLY SUBMITTED** this the 30th day of April, 2019.

    Paul David Howard

**BY:** */s/ James H Arnold jr*
**JAMES H ARNOLD JR**

**JAMES H ARNOLD JR**
435 E. Beacon Street
Philadelphia, MS  39350
Email: jalaw.philly@gmail.com
Email: rosetta.jarnoldlaw@gmail.com
Telephone:  601-656-6914
Fax:  601-656-6958